COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

___ INITIAL APPEARANCE                              DATE: 07/13/2005
___ BOND HEARING
___ DETENTION HEARING                               Digital Recording 10:32 to 10:47 am
___ PRELIMINARY (EXAMINATION) (HEARING)
___ REMOVAL HEARING (R.40)
✓ ARRAIGNMENT

PRESIDING MAG. JUDGE: Susan Walker          DEPUTY CLERK: sql
CASE NO.: 2:05cr122-T     DEFT. NAME: Matthew Leo KELLEY
USA: Brunson              DEFT. ATTY: ~~Kathleen R.~~ Keith
                          Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO

PTSO: _____                          Do CJA
USPO: _____

Defendant ___ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES Name: _____

___ Date of Arrest _____ or ☐ Arrest Rule 40
✓ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
___ Deft. First Appearance with Counsel
___ Deft. First Appearance without Counsel
___ Requests appointed Counsel
___ Financial Affidavit executed ☐ to be obtained by PTSO
___ ORDER appointing Community Defender Organization
___ Panel Attorney Appointed; ☐to be appointed - prepare voucher
___ Deft. Advises he will retain counsel. Has retained _____
___ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
___ Detention Hearing ☐held; ☐ set for _____ at _____
___ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
___ ORDER OF DETENTION PENDING TRIAL entered
___ Release order entered. Deft advised of conditions of release
___ BOND EXECUTED (M/D AL charges) $ _____. Deft released
___ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
___ Bond not executed. Deft to remain in Marshal's custody
___ Deft. ORDERED REMOVED to originating district
___ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
___ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
✓ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: 7-13-05
___ NOTICE to retained Criminal Defense Attorney handed to counsel
___ Identity/Removal Hearing set for _____
___ Waiver of Speedy Trial Act Rights executed