IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  2:05-CR-122-T |
| ) | |
| MATTHEW LEO KELLEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as appointed Counsel representing Matthew Leo Kelley, in the above styled cause.

Respectfully submitted this 18th day of July, 2005.

s/ Richard K. Keith
**RICHARD K. KEITH  (KEIT3566)**
**KEITH & HAMM, PC**
Attorney for Defendant
235 South McDonough Street
Montgomery, AL  36104
(334) 264-6776 Telephone
(334) 269-0262 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**