IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 25 A 11: 50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:05-cr-122-T |
| | ) | |
| MATTHEW LEO KELLEY, | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

**COMES NOW**, the defendant, Matthew Leo Kelley, by and through the undersigned attorney, Richard K. Keith, and files this his Waiver of Right to Speedy Trial and shows to the Court as follows:

1.   The undersigned defendant, after being first advised of his right to a speedy trial as guaranteed him by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, hereby waives his right to a speedy trial.

Respectfully submitted this 25th day of July, 2005.

_____
MATTHEW LEO KELLEY, DEFENDANT

_____
RICHARD K. KEITH   (KEI003)
Attorney for the Defendant
**KEITH & HAMM, P.C.**
235 South McDonough St.
Montgomery, AL  36104
Telephone: (334) 264-6776
Facsimile:  (334) 269-0262

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Waiver of Right to Speedy Trial upon Kent B. Brunson, Assistant United States Attorney, by mailing a copy of same via United States Postal Service, postage prepaid, addressed to Post Office Box 197, Montgomery, AL 36101-0197, on this 25th day of July, 2005.

_____
OF COUNSEL