IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-122-T |
| | ) | |
| MATTHEW LEO KELLEY | ) | |

## ORDER ON MOTION

Pursuant to Defendant's *Motion to Set Bail Hearing* (Doc. 22, filed July 25, 2005), it is **ORDERED** that the motion is set for a hearing at **3:30 p.m.** on **Wednesday, July 27, 2005**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.  If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.  The pretrial services officer is directed to have a report in writing before the hearing.

Done this 26th day of July, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE