# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   DELORES BOYD,   MAG JUDGE                    AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JULY 27, 2005                      AT        3:32        A.M./P.M.

DATE COMPLETED   JULY 27, 2005                      AT        3:57        A.M./P.M.

UNITED STATES OF AMERICA         )
                                 )
    v                            )      Cr No. 2:05-cr-00122-T
                                 )
MATTHEW LEO KELLEY               )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Kent Brunson | X | Atty Richard Keith |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:
Sheila Carnes,                                      FTR: 3:32 thru 3:57
  Courtroom Clerk

PROCEEDINGS:
( ) NONJURY TRIAL
(X) OTHER PROCEEDING:   **BOND HEARING**

3:32 p.m.     Court convened; bond hearing commenced.
              Defendant sworn.  The government has no objections to
              defendant's release on bond but notices the court of
              defendant's two prior citations  for failure to appear.
              Defendant's oral correction to motion for release re prior
              convictions and defendant's health condition.  Conditions of
              release outlined by the court to the defendant and the
              custodian (Ms. Stallings); bond executed by the defendant
              and Ms. Stallings; defendant released on $25,000 non-surety
              bond.
3:51 p.m.     Attorney's oral notice of potential (state court trial)
              conflict with pretrial conference currently set for 8/8/05
              at 11:00 a.m.  ETT: two days; no discovery dispute, no
              pending motions. Pretrial motions deadline is  8/3/05;
              pretrial motions (motion to sever, etc.) will be filed by
              defendant. August 11, 2005 (11:00 a.m.) set as alternative
              pretrial date.
3:57 p.m.     Court adjourned.