IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-cr-122-T |
| | ) | |
| MATTHEW LEO KELLEY | ) | |

### ORDER ON MOTION

For good cause, it is

**ORDERED** that Defendant Kelley's *Motion to Extend August 3, 2005 Motion Deadline and Pretrial Conference* (Doc. 32), is **GRANTED**, with the following result:

1. Defendant's deadline for filing any pretrial motion is continued from August 3, 2005 to August 8, 2005.

2. The **pretrial conference** now set at 11:00 a.m. on August 8, 2005 is **continued to August 8, 2005 at 11:30 a.m.**, in District Courtroom 4A.

Done this 4th day of August, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE