**COURTROOM DEPUTY'S MINUTES**    **DATE:** 8/11/05

**MIDDLE DISTRICT OF ALABAMA**    **Digital Recording:** 11:31 -11:40

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. DELORES R. BOYD**    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr122-T    **DEFENDANT(S):** Patricia Ann Cantaline
    Matthew Leo Kelley

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent B. Brunson | * | |
| | * | Kevin L. Butler |
| | * | Richard Kelly Keith |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    No Problems

☐ **PENDING MOTION STATUS:** USA vs. Kelley-# 39 Motion for Relief from Prejudicial Joinder
    USA vs. Cantaline - #36 Sealed Exparte Motion

☐ **PLEA STATUS:**
    USA vs. Cantaline - Likely Plea

☐ **TRIAL STATUS**
    2 Days for Trial set on 10/12/05 Docket

☐ **REMARKS:**
    USA vs. Cantaline - Proffer set for week of 8/22/05
    USA vs. Cantaline - Notice of Intent by end of the month