MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery , Alabama

HON.  DELORES R. BOYD

DATE COMMENCED: 8/11/05            DIGITAL RECORDING: 11:20 - 11:30

DATE COMPLETED:  8/11/05                               11:40 - 11:42

USA                              *        2:05cr122-T

vs                               *

MATTHEW LEO KELLEY               *

_____

PLAINTIFF                  APPEARANCES:              DEFENDANT
                               *
                               *        Richard Kelly Keith
                               *
                               *
_____

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

_____

PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   In Camera Hearing

Court will issue a ruling by 8/l8/05 on Sealed ExParte Motion filed 8/3/05 by Defendant unless

Defendant notifies Court of intent to handle the issue in a different manner