IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:05-CR-122-T |
| | ) | |
| MATTHEW LEO KELLEY | ) | |

**ORDER ON MOTION**

Pursuant to the Defendant's *Motion for Relief from Prejudicial Joinder* (Doc. 39, filed August 8, 2005), it is

**ORDERED** that the United States of America shall file a response to the motion on or before September 6, 2005. Thereafter, the motion shall be deemed submitted for filing without oral argument.

Done this 11th day of August, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE