IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Case No.:  2:05-CR-122-T |
| | ) | |
| **MATTHEW LEO KELLEY.** | ) | |

### MOTION TO STAY RULING ON DEFENDANT'S EX PARTE MOTION FOR FUNDS FOR MENTAL EVALUATION ON DEFENDANT

COMES NOW, the defendant, Matthew Leo Kelley, by and through his attorney of record, Richard K. Keith, and moves this Honorable Court to stay its ruling on Defendant's *Ex parte Motion for Funds for Mental Evaluation* on Defendant for 10-days.

As grounds in support thereof, the following is stated:

1. On August 3, 2005, the undersigned filed an *Ex parte Motion for Funds for Mental Evaluation on Defendant* under seal.

2. During Defendant's August 11, 2005 Pre-trial Conference, this Honorable Court requested clarification of the *Ex parte Motion for Funds for Mental Evaluation on Defendant*, to be submitted no later than August 18, 2005.

3. Upon discussion with both the defendant and the United States Attorney's Office, the undersigned moves for a stay of 10-days in which to ascertain the need for said evaluation.

Respectfully submitted, on this the 17th day of August 2005.

s/Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant Kelley
**KEITH & HAMM, P.C.**
235 South McDonough St.
Montgomery, AL  36104
Telephone:  (334) 264-6776
Facsimile:   (334) 269-0262

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL  36104

                                                      s/Richard K. Keith
                                                      **OF COUNSEL**