IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:05-CR-122-T |
| | ) | |
| MATTHEW LEO KELLEY | ) | |

**ORDER ON MOTION**

For good cause shown, it is

**ORDERED** that Defendant's *Motion to Stay Ruling on Defendant's Ex Parte Motion for Funds for Mental Evaluation on Defendant* (Doc. 45, filed August 17, 2005) is GRANTED with the result that Defendant shall provide notice by August 30, 2005, of his intent to pursue the *Ex Parte Motion* filed August 3, 2005 (Doc. 36).

Done this 18th day of August, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE