IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  2:05-cr-122-T |
| ) | |
| MATTHEW LEO KELLEY, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW PENDING EX PARTE MOTION
FOR FUNDS FOR MENTAL EVALUATION ON DEFENDANT**

COMES NOW, the defendant, Matthew Leo Kelley, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to allow him, at this time, to withdraw his previously filed Ex parte Motion for Funds for Mental Evaluation on Defendant, filed under seal on August 3, 2005.

WHEREFORE, the Defendant moves this motion be granted.

Respectfully submitted this 30th day of August, 2005.

s/Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant Kelley
**KEITH & HAMM, P.C.**
235 South McDonough St.
Montgomery, AL  36104
Telephone:  (334) 264-6776
Facsimile:   (334) 269-0262

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL  36104

                                            s/Richard K. Keith
                                            **OF COUNSEL**