**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Cr. No.  2:05-cr-122-T** |
| | ) | |
| **MATTHEW LEO KELLEY,** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, the defendant, Matthew Leo Kelley, by and through the undersigned counsel, Richard K. Keith, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 21st day of September, 2005.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI0003)**
Attorney for Defendant
**KEITH & HAMM, PC**
235 South McDonough St.
Montgomery, AL  36104
Telephone:  (334) 264-6776
Facsimile:  (334) 269-0262

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**