IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RECEIVED**

2005 SEP 26  P 4:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CR. NO. <u>2:05-cr-122-T</u> |
| | )     [21 USC 844(a)] |
| | ) |
| MATTHEW LEO KELLEY | ) |
| | ) INFORMATION |

The United States Attorney charges:

COUNT 1

On or about the 16th day of June, 2004, in Covington County,

Alabama, within the Middle District of Alabama,

MATTHEW LEO KELLEY,

defendant herein, did knowingly and intentionally possess

approximately 23.2 grams of marijuana, a Schedule I Controlled

Substance, all in violation of Title 21, United States Code,

Section 844(a).


LEURA GARRETT CANARY
UNITED STATES ATTORNEY


Kent B. Brunson
Assistant United States Attorney