# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
☑ Northern   ☐ Southern   ☐ Eastern

### COURTROOM DEPUTY MINUTES

| | |
|---|---|
| **DATE:** 10/3/2005 | **TIME/DIGITAL RECORDING:** 11:53am – 12:31pm |
| **JUDGE:** Delores R. Boyd | |
| **CTRM CLERK:** S. Q. Long, Jr. | **CRT RPTR:** Risa Entrekin |
| **CASE NO.** 2:05cr122-T: 02 | **USA vs.** Matthew Leo KELLEY |

**DEFT ATTY:** Richard Kieth
  ☐ FD   ☑ CJA   ☐ Ret   ☐ Waived   ☐ Standing In   ☐ Retain Cnsl Ntc.
**COURT APPOINTS:**   ☐ FD   ☐ CJA   ☐ Deft. to Retain Counsel _____

**SUSA:** Brunson                **USPO/USPTS:** _____

**Interpreter Needed:** ☐ Yes   ☑ No   Name: _____

**LOCATION:**       ☐ ARREST: _____   ☐ LC   ☐ LO   ☐ LR   ☐ Kars 40

**HEARING**   Held/Set:
  ☐ IA. Dft. Advised of Rights   ☐ DETENTION   ☐ PRLHRG
  ☐ RULE44HRG   ☐ BOND HRG   ☐ PROB/SUP REL VIOLATOR

  ☐ ARR   PLEA Entered:   ☐ Guilty   ☐ Not Guilty
       Ptrl Cnf Set: _____   Disc DDL Set: _____

  ☑ CHGPLHRG/CONSENT PLEA   Held   ☐ Set for _____

  ☑ Written PLEA AGREEMENT Filed/Executed   ☐ Oral Agreement

  ☑ GUILTY PLEA/Counts: 1s — Info

  ☑ COUNTS DISM/GVT ___1___   ☐ Oral Motion   ☑ At Sentencing

  ☐ TRIAL Set For: _____   SENTENCING Set for: _____

**WAIVERS/CONSENT/AFF:**
  ☐ FINAFF   ☐ WVRPRLHRG.   ☐ WVRR40hrg
  ☐ WVINDICTMENT Executed & Filed   ☐ INFORMATION filed
  ☑ CONSENT TO PROCEED Executed
  ☐ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term: _____

**MOTIONS:**
  ☐ DTNHRG   ☐ Written   ☐ Oral   /   ☐ Govt   ☐ Deft
  Detention Hearing Set For: _____
  ☐ Other _____

**ORDERS:**
  ☐ BOND Executed $ _____
  ☑ Cont'd Bond Imposed: _____
  ☐ Conditions of Release. Defendant advised of conditions.
  ☐ Probable Cause. Defendant bound over to Grand Jury
  ☐ Remvldist _____   ☐ Rem Hrg. Set: _____
  ☐ Temporary Detention Pending Hearing   ☐ Pending Trial
  ☐ Seal _____
  ☐ Other _____

**COMMENTS:**
_____