# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE      AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JANUARY 26, 2006       AT       2:40       A.M./P.M.

DATE COMPLETED   JANUARY 26, 2006       AT       3:00       A.M./P.M.

UNITED STATES OF AMERICA           )
                                   )
     v                             )     Cr No. 2:05cr122-MHT
                                   )
MATTHEW LEO KELLEY                 )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Kent Brunson | X | Atty Richard Keith |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Sheila Carnes, | Nicole Birch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   SENTENCING HEARING

2:40 p.m.    Sentencing hearing commenced.
             Terms of plea agreement were stated on the record; court
             **accepts plea agreement**. Parties' recommendations re
             sentence. Court hears from Diane Stallings (defendant's
             Mother; not sworn) re proposed sentence. Sentence imposed.
             **ORAL ORDER**, during sentence imposition, granting motion for
             downward departure. Government's **oral motion** to dismiss the
             indictment; **oral order** granting motion.
3:00 p.m.    Hearing concluded.