PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

RECEIVED

2006 MAR -2 A 9: 51

Name of Offender:  KELLEY, Matthew Leo                    Case Number: 1:05CR00122-002

Name of Sentencing Judicial Officer: Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: January 26, 2006

Original Offense: Possession of Marijuana; 21 U.S.C § 844(a)

Type of Supervision: Probation                    Date Supervision Commenced: January 26, 2006

## PETITIONING THE COURT

[ ]    To extend the term of supervision for__ months, for a total term of__ months.
[X]    To modify the conditions of supervision as follows:

**The defendant shall participate in drug testing and/or treatment, as necessary. Further, the defendant shall contribute to the costs of any treatment in an amount determined reasonable by the probation officer, based on ability to pay and availability of third party payments.**

## CAUSE

1.    **Violation of a mandatory condition of probation which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

On February 27, 2006, an instant drug test was obtained from Kelley, observed by U. S. Probation Officer Brad Brockett. The test results indicated a presumptive positive for marijuana. An admission of drug use form was signed by Kelley admitting that he had used marijuana on or about February 17, 2006.

## RECOMMENDATION

It is respectfully recommended that the conditions of probation be modified to include substance abuse treatment. Kelley was instructed to contact his mental health counselor at South Central Alabama Mental Health, and discuss his need for substance abuse treatment. His counselor, Ms. Brenda Donaldson, stated to the probation officer that she would refer Kelley to drug treatment as soon as Kelley re-establishes his mental health counseling. In addition, the probation officer has increased drug testing, and will monitor Kelley's progress in drug treatment. Attached is a Waiver of Hearing form signed by Kelley for the Courts review.

PROB 12B
(7/93)

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2006.

Brad Brockett, United States Probation Officer

Reviewed and approved: _____

Robert A. Pitcher, Senior U.S. Probation Officer/OIC

THE COURT ORDERS:

[ ]    The Modification of Conditions as Noted Above
[ ]    The Extension of Supervision as Noted Above
[ ]    No Action
[ ]    Other

_____
Signature of Judicial Officer

_____
Date