IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr122-MHT |
| MATTHEW LEO KELLEY | ) | |

### ORDER

It is ORDERED that the petition for modification (Doc. No. 74) is set for hearing on March 10, 2006, at 10:00 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

Defendant Matthew Leo Kelley and his attorney are DIRECTED to be present.

DONE, this the 7th day of January, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE