# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MYRON H. THOMPSON, PRESIDING    AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 3/10/06 | AT: | 10:08 a.m. |
| DATE COMPLETED: | 3/10/06 | AT: | 10:18 a.m. |

UNITED STATES OF AMERICA §
§
vs. § CR. NO. 2:05CR122-MHT
§
MATTHEW LEO KELLEY §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent Brunson | | Richard K. Keith |

COURT OFFICIALS PRESENT:

Mitchell Reisner, Court Reporter            Leslie Craft, USPO
Nicole Birch, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X ) **Motion Hearing**

10:08 a.m. - Court convenes.
Court discusses the request for modification of conditions of supervised release with the defendant.
Defendant addresses the Court regarding his violation of supervised release.
Leslie Craft with USPO discusses defendant's status on supervised release.
Defense counsel addresses the Court and states that the defendant would like to get into some type of drug treatment program.
USPO will look into some drug treatment programs for the defendant.
The Court would like USPO to submit a modified petition by Wednesday.
Ms. Kelley, the defendant's mother, states that the defendant should be in a lock down drug facility and not a facility where he can come and go.
Court will wait to hear from USPO regarding a drug treatment program for defendant to serve in.
10:18 a.m. - Court is in recess.