PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
## for
## The Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: KELLEY, Matthew Leo              Case Number: 1:05CR00122-002-MHT

Name of Sentencing Judicial Officer: Honorable Myron H. Thompson, United States District Judge

Date of Original Sentence: January 26, 2006

Original Offense: Possession of Marijuana; 21 U.S.C § 844(a)

Original Sentence: 18 month term of probation

Type of Supervision: Probation              Date Supervision Commenced: January 26, 2006

Assistant U.S. Attorney: Kent Brunson              Defense Attorney: Richard Keith

## PETITIONING THE COURT

☐ To issue a warrant
■ To issue a summons

The Probation Officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**

1.  **Violation of a mandatory condition of probation which states, "The defendant shall refrain from any unlawful use of a controlled substance."**

    On February 27, 2006, an instant drug test was obtained from Kelley, observed by U. S. Probation Officer Brad Brockett. The test results indicated a presumptive positive for marijuana. An admission of drug use form was signed by Kelley admitting that he had used marijuana on or about February 17, 2006.

2.  **Violation of standard condition number three (3), which states, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**

    On March 10, 2006, the probation officer instructed Kelley to report to the probation office on March 13, 2006. Kelley was unable to report on this date, and his appointment was rescheduled for March 14, 2006. Kelley failed to report on March 14, 2006, as instructed.

**U. S. Probation Officer Recommendation:**

The term of supervision should be

    ☐ revoked.

    ☐ extended for __ months

■ The conditions of supervision should be modified.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/21/2006.

 /s/ Brad Brockett  
Brad Brockett  
United States Probation Officer

Reviewed and Approved:

 /s/ Robert A. Pitcher  
Robert A. Pitcher, Senior U. S. Probation Officer/OIC

---

THE COURT ORDERS:

x The Issuance of a Summons, and the hearing is set for April 4, 2006, at 10:00 a.m. in Courtroom 2E of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

☐ The Issuance of a Warrant  
☐ No Action  
☐ Other

 /s/ Myron H. Thompson  
Signature of Judicial Officer

 March 22, 2006  
Date