# **MINUTES**

```
          IN THE UNITED STATES DISTRICT COURT FOR THE
             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED   APRIL 4, 2006              AT 10:06 A.M./P.M.

DATE COMPLETED   APRIL 4, 2006              AT 10:09 A.M./P.M.

UNITED STATES OF AMERICA

    V.                                  Criminal Action
                                        2:05-cr-122-MHT
MATTHEW LEO KELLEY

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Verne Speirs | X | Atty Jacob Dubin |
|  | X | (for Richard Keith) |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Nicole Birch, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:    Revocation Hearing

| | |
|---|---|
| 10:06 a.m. | Due to the absence of Mr. Kelley, probation requests that a bench warrant be issued . Oral Order directing clerk to issue a bench warrant for Mr. Kelley. |
| 10: 08 a.m. | Hearing concluded. |