IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR. NO. 2:05-cr-122-MHT
    )
MATTHEW LEO KELLEY    )

O R D E R

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as a motion (Doc. 94, filed April 20, 2006), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore,

ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Covington County Jail, Andalusia, Alabama, commanding them to deliver the said Matthew Leo Kelley to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on May 16, 2006, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 24th day of April, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE