IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr122-MHT |
| **MATTHEW LEO KELLEY** | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant Matthew Leo Kelley's motion to reset (Doc. No. 98) is granted.

(2) The revocation hearing, now set for May 16, 2006, is reset for June 6, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2-FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE this the 5th day of May, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**