# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE        AT MONTGOMERY   ALABAMA

DATE COMMENCED   June 6, 2006              AT   11:10   A.M./P.M.

DATE COMPLETED   June 6, 2006              AT   11:45   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:05-cr-122-MHT
        VS.

MATTHEW LEO KELLEY

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent B. Brunson | X | Atty Richard Kelly Keith |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Nicole Birch, | Risa Entrekin, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )   NONJURY TRIAL
(x)   OTHER PROCEEDING:    PROBATION REVOCATION HEARING

| | |
|---|---|
| 11:02 a.m. | Revocation hearing commenced. Government's summary of proceeding. Defendant to enter guilty plea.  Court finds defendant competent to enter a plea guilty. Defendant advised of rights, charges, and limits of punishment. Factual basis for the plea established. Guilty plea entered (all charges).  Court accepts plea.  Court directs modification of sentence. |
| 11:45 a.m. | Recess. |
| 3:05  p.m. | Court reconvenes. Probation revoked. Sentence Imposed. |
| 3:10  p.m. | Hearing concluded. |