IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)    2:05cr122-MHT
**MATTHEW LEO KELLEY** )

<u>ORDER</u>

It having been brought to the court's attention that defendant Matthew Leo Kelley has already begun the residential-drug-treatment program at Alethia House, it is ORDERED as follows:

(1) The hearing set for August 13, 2007, is canceled.

(2) The recommendation in the non-compliance summary (Doc. No. 103) is approved.

DONE, this the 7th day of August, 2007.

            <u>/s/ Myron H. Thompson</u>
           UNITED STATES DISTRICT JUDGE